NUMBER
13-05-337-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

JUDY LEMMONS,                                                    Appellant,

 

                                           v.

 

LEEANNE GHILAIN,                                                   Appellee.

___________________________________________________________________

 

                 On
appeal from the 357th 
District Court

                          of
Cameron County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

        Before
Chief Justice Valdez and Justices Castillo and Garza

Memorandum Opinion Per Curiam

 








Appellant, JUDY LEMMONS, perfected an appeal from a
judgment entered by the 357th District Court of Cameron
County, Texas, in cause number 2005-05-2459-E.  After the clerk=s record was filed, appellant filed a motion to
dismiss the appeal.  In the motion,
appellant states that she no longer wishes to prosecute this appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 4th
day of August, 2005.